# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 23, 2013

_____

## DOCKET CORRECTION NOTICE
_____

No.   13-1982,   <u>Best Medical International v. Wells Fargo Bank, N.A.</u>
                 1:11-cv-01277-GBL-TRJ

TO:   Lauri Michele Luxton
      James Michael Brady

FILING CORRECTION DUE:  November 4, 2013  November 4, 2013  November 4, 2013

Please make the correction identified below and file a corrected document by the date indicated.

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

[ ] Incorrect event used. Please refile document using [_____].

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for**

**admission** to practice.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

Deborah S. Daniel, Deputy Clerk
804-916-2704